JANUARY 3, 1949

No. 52799.—Pan American Products Corp. v. United States, protests 21995–K/ 12016, 46394–K/12254, and 50894–K/12289.—

—Abstract 52705. Plaintiff's application for rehearing denied.

DECEMBER 31, 1948

No. 52800.—SUIT 4571.—Ohio Department of Liquor Control v. United States.—
—Abstract 51470. (Appeal dismissed November 4, 1948.)

No. 52801.—SUIT 4576.—T. M. Duche & Sons, Inc. v. United States.—██
C. D. 1040 affirmed November 2, 1948. C. A. D. 391.

JANUARY 3, 1949

No. 52802.—SUIT 4606.—Olavarria & Co., Inc. v. United States.—
—C. D. 1110. (Appeal dismissed November 12, 1948.)

JANUARY 5, 1949

No. 52803.—SUIT 4590.—United States v. H. S. Dorf & Co. of Pa., Inc.
—Abstract 52079 reversed November 2, 1948. C. A. D. 392.